**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**BILLY WAYNE RHEA**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:12CV00562-KGB/BD**

**NANCY BRYANT, et al.**                                                              **DEFENDANTS**

**ORDER**

Before the Court is the Partial Recommended Disposition ("PRD") filed by United States Magistrate Judge Beth Deere (Dkt. No. 6).  By Order dated October 17, 2012, this Court determined that the PRD was not sent to plaintiff Billy Wayne Rhea at his most recent address (Dkt. No. 11).  Subsequent attempts by the Clerk of Court to mail the PRD and the October 17, 2012, Order failed; the mailings were returned as undeliverable (Dkt. Nos. 12, 13, 14).  By Order dated November 1, 2012, Judge Deere directed Mr. Rhea to inform the Court of his new address and warned Mr. Rhea that failure to comply with the Order may result in dismissal without prejudice of the case under Local Rule 5.5(c)(2) (Dkt. No. 15).  The Clerk of Court attempted to mail the November 1, 2012, Order to Mr. Rhea, but it too was returned as undeliverable (Dkt. No. 16).  To date, Mr. Rhea has not responded to the Court's Orders to provide the Court with his current address and has not otherwise communicated with the Court about the status of this case.

For these reasons, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).  The PRD is moot.  Judgment will be entered accordingly.

SO ORDERED this the 1st day of February, 2013.

_Kristine G. Baker_

_____
Kristine G. Baker
United States District Judge