IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BILLY WAYNE RHEA**                                                                               **PLAINTIFF**

**v.**                    **CASE NO. 4:12CV00562-KGB/BD**

**NANCY BRYANT, et al.**                                                   **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

DATED this the 1st day of February, 2013.

_____
Kristine G. Baker
United States District Judge